# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 2, 2006

Before

**Hon.** RICHARD A. POSNER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** DIANE S. SYKES, Circuit Judge

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* **No.** 05-3106 **v.** MARK A. ELDER, *Defendant-Appellant.* | Appeal from the United States District Court for the Central District of Illinois. No. 04-CR-200-49 Michael P. McCuskey, *Chief Judge.* |

**Order**

The slip opinion of this court issued on November 1, 2006, is amended as follows:

Page 3, first full paragraph, at the end of line 12, add "as" after the word "effect".